1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  Linda Harter, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   ANDREA S. MOON
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  WILLIS FLEMINGS

9

10
                  IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,          ) Mag. No. 2:11-mj-00325 DAD
15                                     )
                Plaintiff,             )
16                                     ) STIPULATION AND [PROPOSED] ORDER
        v.                             ) TO VACATE AND RESET COURT TRIAL
17                                     )
   WILLIS FLEMINGS,                    )
18                                     ) Date:  December 28, 2011
                Defendant.             ) Time:  9:00 a.m.
19                                     ) Judge: Hon. Dale A. Drozd
   _____ )
20

21

22 The United States of America, through David Petersen, Special Assistant

23 United States Attorney, together with defendant, Willis Flemings, by

24 counsel Linda Harter, Chief Assistant Federal Defender, stipulate to

25 vacate the court trial set for December 28, 2011 at 9:00 am and reset

26 the court trial for February 8, 2012 at 9:00 am.  Certified law student

27 Andrea Moon, assisting in the representation of the defendant, Willis

28 Flemings, has a pre-paid vacation out of the Sacramento area during the

holiday season.  Time is to be excluded under local rule T4 as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  A continuance of the court trial is also appropriate for the benefit of the defendant's continuity of counsel under §3161(h)(7)(B)(iv) of the United States Code Annotated.

Dated:  December 9, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Linda Harter
                                        LINDA HARTER
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        WILLIS FLEMINGS


Dated: December 9, 2011           BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ David Petersen
                                        David Petersen
                                        Special Assistant U.S. Attorney


ORDER

IT IS SO ORDERED.

DATED: December 9, 2011.

                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

dad1:crim
flemings0325.stipord.cont-trial

STIPULATION AND [PROPOSED] ORDER  -2-