DANIEL J. BRODERICK, #89424
Federal Defender
Linda Harter, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
WILLIS FLEMINGS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Mag. No. 2:11 MJ 00325 DAD |
| v. | STIPULATION AND ORDER TO VACATE COURT TRIAL AND RESET AS CHANGE OF PLEA |
| WILLIS FLEMINGS, Defendant. | Date: February 8, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Dale A. Drozd |

The United States of America, through Justin Lee, Special Assistant United States Attorney, together with defendant, Willis Flemings, by counsel Linda Harter, Chief Assistant Federal Defender, stipulate to vacate the court trial set for February 8, 2012 at 9:00 am and reset the matter for a change of plea hearing for May 8, 2012 at 10:00 am. The parties are seeking to resolve this matter, and the government has agreed to allow Mr. Flemings three months to complete

payment of fines in order to have his license reinstated.

Dated: February 2, 2012

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
WILLIS FLEMINGS

Dated: February 2, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
Justin Lee
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: February 2, 2012.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1:crim
flemings0325.stipord.set-cop